Jackie Emmitt MOOREHEAD, Plaintiff-Appellant,

v.

Phillip E. STOVER, Defendant-Appellee,

and

Staff Members of Lumberton Correctional Institution; North Carolina Department of Public Safety; Paula Smith; Ron Bell; Latitia Owens; John Does; Mary Does, Defendants.

No. 16-7172

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Jackie Emmitt Moorehead, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jackie Emmitt Moorehead appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moorehead v. Stover, No. 5:13-ct-03144-F (E.D.N.C. Aug. 23, 2016). Moorehead's motions to strike the defendant's affidavit and to impose sanctions are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED